UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| John Phillips, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-13-801 |
| | § | |
| Harvest Natural Resources, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Order on Dismissal

John Phillips, Andreas Prastitis, Chris Kean, Edward W. Walbridge, The Edward W. Walbridge Trust, Alan Myers, take nothing from Harvest Natural Resources, Inc., James A. Edmiston, and Stephen C. Haynes.

Signed on August 25, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge